# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHERMAN KAPPE, an individual, and
GLORIA KAPPE, an individual,

        Plaintiffs,

vs.

UNITED STATES OF AMERICA,

        Defendant.

2:18-cv-01249-RFB-VCF

**ORDER**

      Before the court is the Motion for Leave to Appear via Videoconference at Settlement Conference (ECF No. 27) and Government's Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 28).

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to the Motion for Leave to Appear via Videoconference at Settlement Conference (ECF No. 27) and Government's Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 28) must be filed on or before February 10, 2020. Ne reply needed.

      DATED this 3rd day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE