# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SHERMAN KAPPE, an individual, and
GLORIA KAPPE, an individual,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

2:18-cv-01249-RFB-VCF

**ORDER**

    Before the court are the Motion for Leave to Appear via Videoconference at Settlement Conference (ECF No. 27) and Government's Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 28).

    The parties have filed non-oppositions to both motions. (ECF NOS. 30 and 31).

    Accordingly,

    IT IS HEREBY ORDERED that the Motion for Leave to Appear via Videoconference at Settlement Conference (ECF No. 27) and Government's Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 28) are GRANTED.

    DATED this 10th day of February, 2020.

                                                                                 _____
                                                                                 CAM FERENBACH
                                                                                 UNITED STATES MAGISTRATE JUDGE