# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

SHERMAN KAPPE, an individual, and
GLORIA KAPPE, an individual,

        Plaintiffs,

vs.

UNITED STATES OF AMERICA,

        Defendants.

2:18-cv-01249-RFB-VCF

**ORDER**

    The courtroom administrator has received the following email from the AUSA on February 21, 2020 at 1:15 PM.

        This email follows your telephone call with myself and Troy Flake, USAO, regarding the settlement of the above matter. The parties have reached a full settlement. Consequently, the settlement conference presently scheduled for February 24, 2020 at 10:00 a.m. with Judge Ferenbach is not required. We are in the process of attempting to prepare and file a Notice of Settlement, however, as Troy mentioned, our office is presently unable to utilize the CM/ECF system to file electronically. This may complicate our ability to expeditiously file a Notice of Settlement, though we will endeavor to do so prior to the end of today. Following receipt of this email if there is anything else our office can do to facilitate the relay of this information to Judge Ferenbach short of filing the Notice of Settlement, please advise me at your soonest convenience. Shortly, I will also send you a copy of our Notice of Settlement, which we will need to present to the Clerk for filing.

        Should you have any questions, please do not hesitate to contact me.

        Best,

        Summer A. Johnson
        Assistant United States Attorney
        District of Nevada

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for February 24, 2020, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before May 21, 2020.

DATED this 21st day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE