David D. Boehrer, Esq.
Nevada Bar No. 9517
Travis J. Rich, Esq.
Nevada Bar No. 12854
**DAVID BOEHRER LAW FIRM**
375 N. Stephanie Street, Suite 711
Henderson, Nevada 89014
Tel: (702) 750-0750
Fax: (702) 750-0751
david@dblf.com; travis@dblf.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERMAN KAPPE, an individual, and GLORIA KAPPE, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:18-cv-01249-RFB-VCF<br><br>**Stipulation to Extend Deadline for Order for Dismissal**<br><br>**(First Request)** |

      Pursuant to Local Rule IA 6-1 and Local Rule 26-4(d), the parties, by and through their respective counsel, hereby stipulate, for good cause, to extend the deadline to file a Proposed Stipulation and Order by sixty (60) days from May 21, 2020 to July 20, 2020.

      Following the Notice of Settlement in this matter, the Court entered an Order on February 21, 2020 wherein the Court directed the parties to file a Proposed Stipulation and Order on or before May 21, 2020.  The parties worked diligently in preparing a release with agreed upon language.  Unfortunately, as the parties finalized the release, the COVID-19 pandemic made it difficult to obtain Plaintiffs' original signatures on the release.  Plaintiffs live in Los Angeles County, California, where the governor issued a stay-at-home order on March 19, 2020 that is still in effect.  Plaintiffs, ages 75 and 81, are in the high-risk population and being extra vigilant and cautious in protecting their health.  Plaintiffs have not been able to go to the post office to return the original release to counsel.

Therefore, the parties respectively request the Court to extend the deadline to file a Proposed Stipulation and Order by sixty (60) days from May 21, 2020 to July 20, 2020.

Respectfully submitted this 20th day of May, 2020.

| | |
|---|---|
| DAVID BOEHRER LAW FIRM | UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA |
| /s/ Travis J. Rich | /s/ Summer A. Johnson |
| David D. Boehrer, Esq.<br>Travis J. Rich, Esq.<br>375 N. Stephanie Street, Suite 711<br>Henderson, Nevada 89014 | Nicholas A. Trutanich<br>United States Attorney<br>Summer A. Johnson<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED.**

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

**Dated:** 5-22-2020 _____