NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: summer.johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sherman Kappe and Gloria Kappe,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>        Defendant. | Case No. 2:18-cv-01249-RFB-VCF<br><br>**Stipulation and Order to Dismiss with Prejudice** |

It is hereby stipulated and agreed, by and between Plaintiffs Sherman Kappe and Gloria Kappe by and through her attorney of record, Travis Rich, Esq. of David Boehrer Law Firm, and Defendant United States, by and through its attorney of record, Summer A. Johnson, Esq. of the United States Attorney's Office, that any and all claims made in the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted this 16th day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Travis Rich                              /s/ Summer A. Johnson
TRAVIS RICH                              SUMMER A. JOHNSON
*Attorneys for Plaintiffs*                 Assistant United States Attorney
                                           *Attorney for Defendant United States*
                                           IT IS SO ORDERED:


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1   DATED this 17th day of June, 2020.